ACCEPTED
14-15-00093-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 5:55:28 PM
CHRISTOPHER PRINE
CLERK

# Martin, Disiere, Jefferson & Wisdom L.L.P.

**ATTORNEYS AT LAW**

808 Travis Street • 20th Floor • Houston, Texas 77002 • Phone: 713-632-1700 • Fax: 713-222-0101 • www.mdjwlaw.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 5:55:28 PM
CHRISTOPHER A. PRINE
Clerk

Levon G. Hovnatanian
MANAGING PARTNER
Direct (713) 632-1740
e-mail: hovnatanian@mdjwlaw.com

July 24, 2015

Mr. Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

      Re:   Cause No. 14-15-00093-CV; *State Farm Lloyds v. Ginger Hanson*; in
           the Fourteenth Court of Appeals

Dear Mr. Prine:

This letter replies to the Response to State Farm Lloyds's Motion for Fourth Extension of Time to File Brief.

In her Response, Ms. Hanson asserts that State Farm's counsel filed the appellee's brief in *Feaster* on June 5, not June 24. Response at 6. That is correct. It was the appellant's reply brief that was filed on June 24 in *Feaster*. What State Farm's motion should have stated is that Mr. Hovnatanian assisted in the preparation of, and, on June 22, 2015, the filing of real party in interest United Services Automobile Association d/b/a USAA's Brief on the Merits in Cause No. 14-1006; *In re Stacey Bent and Mark Bent*; in the Supreme Court of Texas. The undersigned apologizes for the mistake.

           Very truly yours,

           MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

           */s/ Levon G. Hovnatanian*
           Levon G. Hovnatanian
           *Appellate Counsel for State Farm Lloyds*

LGH:dsb



Martin, Disiere, Jefferson & Wisdom
ATTORNEYS AT LAW

Mr. Christopher A. Prine, Clerk
Fourteenth Court of Appeals
July 24, 2015
Page 2

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated letter contains 122 words.

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian
Dated: July 24, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing letter has been forwarded to the individual(s) listed below, by the method indicated, on this 24th day of July, 2015:

Mr. Richard D. Daly
*rdaly@dalyblack.com*
Mr. John Black
*jblack@dalyblack.com*
RICHARD DALY LAW FIRM
2211 Norfolk Street, Ste. 800
Houston, Texas 77098
*(via e-filing and e-mail)*
*(Attorneys for appellee Ginger Hanson)*

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian